UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIELD CHEMICALS<br><br>    Plaintiff,<br><br>v.<br><br>SMITH, ET AL.,<br><br>    Defendants. | Case No.: 3:23-CV-954-JO-DDL<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(B)(6)** |

    Defendants Neil Smith, Afri-Imports, Afrium, and Jo Cilliers ("Defendants") filed a motion to dismiss certain causes of action from Plaintiff's complaint. Dkt. 14. Defendant Redefine Distribution ("Redefine") filed a motion to dismiss for lack of personal jurisdiction. Dkt. 13. The Court held oral argument on the motions on September 27, 2023. For the reasons stated on the record at the oral argument, the Court grants the Defendants' (1) motion to dismiss for failure to state a claim for civil conspiracy; (2) motion to dismiss for failure to state a claim for constructive trust; and (3) motion to dismiss for failure to state a claim for resulting trust with prejudice. Plaintiff may amend their breach of fiduciary duty cause of action.

///

Additionally, Plaintiff may amend to add constructive trust and resulting trust as remedies if, after reviewing *Sonner v. Premier Nutrition Corp.*, 971 F.3d 834 (9th Cir. 2020), it believes there is a valid legal basis for equitable relief. Plaintiff's amendments are due on or before October 11, 2023.

The Court will issue a separate written order as to whether Redefine is subject to personal jurisdiction.

**IT IS SO ORDERED.**

Dated: September 29, 2023

_____
Hon. Jinsook Ohta
United States District Court