UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIELD CHEMICALS<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SMITH, ET AL.,<br><br>　　　　　　Defendants. | Case No.: 3:23-CV-954-JO-DDL<br><br>**ORDER FINDING NO VIABLE LANHAM ACT CLAIM, GRANTING LEAVE TO AMEND, AND DENYING JURISDICTIONAL DISCOVERY** |

For the reasons stated on the record during oral argument, the Court finds that Plaintiff's First Amended Complaint [Dkt. 23] has not sufficiently pled a Lanham Act cause of action in its first claim. Plaintiff has until November 30, 2023, at 5 p.m. to amend the Lanham Act claim in its complaint. The Court denies Plaintiff's request for jurisdictional discovery and defers ruling on Defendant Redefine Distribution CC's motion to dismiss for lack of personal jurisdiction. Dkt. 13. The parties may file supplemental briefing and evidence as to whether Redefine is subject to personal jurisdiction by December 14, 2023. Response briefs may be filed by December 21, 2023.

///

///

**IT IS SO ORDERED.**

Dated: November 14, 2023

_____
Hon. Jinsook Ohta
United States District Court