UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIELD CHEMICALS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SMITH, ET AL.,<br><br>　　　　　　　　　Defendants. | Case No.: 3:23-CV-954-JO-DDL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' 12(B)(6) MOTION TO DISMISS AND DENYING DEFENDANT'S 12(B)(2) MOTION TO DISMISS** |

　　　For the reasons stated on the record during oral argument, the Court finds that Plaintiff has pled a Lanham Act claim under 15 U.S.C. § 1125 but has not pled a claim under 15 U.S.C. § 1114. Accordingly, Defendants' motion to dismiss for failure to state a claim [Dkt. 33] is GRANTED in part and DENIED in part. The Court also DENIES Defendant Redefine CC's motion to dismiss for lack of personal jurisdiction. Dkt. 13. Further, the Court OVERRULES Defendants' objection [Dkt. 37] to the first sentence of the second paragraph of the declaration of Mimi Medalle [Dkt. 32–1] and DENIES AS MOOT the remainder of Defendants' evidentiary objections and Defendants' requests for judicial notice [Dkts. 33–2, 34–1] on the grounds that the Court did not rely on these

documents. Defendants shall file their answer to Plaintiff's Second Amended Complaint by Wednesday, March 20, 2024.

**IT IS SO ORDERED.**

Dated: February 28, 2024

_____
Hon. Jinsook Ohta
United States District Court